UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATURE HOMES INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3: 07-CV-1956-B |
| | § | |
| CENTURY SURETY COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ORDER

Before the Court is Defendant's Motion for Leave to Proceed Without Local Counsel (doc. 3). Having considered the motion, the Court finds that it should be and hereby is **DENIED**. Defendant should file a written designation of local counsel within 10 days of the date of this Order in accordance with local rule 83.10.

SO ORDERED.

SIGNED November  29th , 2007

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE